# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2933
_____

REBECCA DICKEY,

    Appellant,

    v.

WINN-DIXIE STORES, INC., A
Florida corporation; and Smith
Interests General Partnership,
LLP, A Florida Partnership,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela Cote Dempsey, Judge.


November 13, 2025

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Allen Sims McConnaughhay of Fonvielle Lewis Messer & McConnaughhay, Tallahassee; Harold R. Mardenborough, Jr., of Brooks LeBoeuf Foster & Gwartney, Tallahassee, for Appellant.

Eleanor Hadden Sills and Ganesh L. Chatani of Banker Lopez Gassler P.A., Tallahassee; Chris William Altenbernd of Banker Lopez Gassler P.A., Tampa, for Appellees.